**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO BUYER, INC., | Case No. 25-12052 (BLS) |
| Debtor. | Tax ID:  87-2264565 |
| In re: | Chapter 11 |
| K.L.D. JEWELRY, LLC, | Case No. 25-12053 (BLS) |
| Debtor. | Tax ID:  87-4360319 |
| In re: | Chapter 11 |
| LUGANO PRIVE, LLC, | Case No. 25-12054 (BLS) |
| Debtor. | Tax ID:  88-1594308 |
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., | Case No. 25-12055 (BLS) |
| Debtor. | Tax ID:  57-1216784 |
| In re: | Chapter 11 |
| LUGANO HOLDING, INC., | Case No. 25-12056 (BLS) |
| Debtor. | Tax ID:  87-2259690 |

**ORDER DIRECTING THE JOINT ADMINISTRATION**
**OF THE DEBTORS' CHAPTER 11 CASES**

33772360.2

Upon the motion (the "Motion")[1] of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order (this "Order") directing the joint administration of the Chapter 11 Cases for procedural purposes only; and upon the First Day Declaration; and upon the statements of counsel made in support of the relief requested in the Motion at the hearing before this Court; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that venue of the Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and in accordance with the Bankruptcy Rules and Local Rules and that no other or further notice is necessary; and after due deliberation thereon; and this Court having found that the relief herein is in the best interests of the Debtors' estates; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Any objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3.      The Chapter 11 Cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

33772360.2

4.      The Clerk of the Court shall maintain one file and one docket for all of the

Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of

Lugano Diamonds & Jewelry Inc., Case No. 25-12055 (BLS).

5.      All pleadings filed in the Chapter 11 Cases shall bear a consolidated caption in the

following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows:  Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

6.      The foregoing caption satisfies the requirements of section 342(c)(1) of the

Bankruptcy Code.

7.      The Clerk of the Court shall make a docket entry in each Chapter 11 Case (except

that of Lugano Diamonds & Jewelry Inc.) substantially as follows.

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308).  **The docket in the chapter 11 case of Lugano Diamonds & Jewelry Inc., Case No. 25-12055 (BLS), should be consulted for all matters affecting this case**.

8.      Nothing in the Motion or this Order is intended or shall be deemed or otherwise

construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates.

33772360.2

9.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

10.     The Debtors and the Clerk of the Court are authorized, but not directed, to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


**Dated: November 18th, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

33772360.2

4